UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ26-011 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| LUIS DONALDO GALEANA GARCIA, ) | |
| ) | |
| Defendant. ) | |

<u>Offenses charged</u>:

1. Conspiracy to Distribute Controlled Substances.

2. Possession of Controlled Substances with Intent to Distribute

<u>Date of Detention Hearing</u>:   January 12, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a danger to the community based on the nature of the alleged offenses. It is alleged that Defendant engaged in controlled buys for fentanyl, cocaine and methamphetamine, involving large amounts of controlled substances. Defendant is alleged to have been the leader of the conspiracy, and negotiated with undercover officers regarding large amounts of controlled substances. He was observed in possession of a firearm during a meeting with undercover agents. The weight of the evidence is significant, given the controlled buys. When Defendant's residence was searched multiple firearms and large amounts of ammunition were found. He has significant ties to Mexico, including a residence he owns there, and is facing a ten-year mandatory minimum which provided an incentive to flee.

3. There does not appear to be any condition or combination of conditions that will assure Defendant's appearance and address the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 12th Day of January, 2026.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3