UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br>       v.<br><br>LUIS DONALDO GALEANA GARCIA,<br><br>                    Defendant(s). | CASE NO. CR26-0005-KKE-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE |

Defendant filed a motion to extend the pretrial motions deadline in this case from February 12, 2026, to February 19, 2026. Dkt. No. 53. The Government does not oppose the motion. *Id.* Finding good cause to do so, the Court GRANTS the motion and extends the pretrial motions deadline to February 19, 2026.

Dated this 12th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE - 1