UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>      v.<br><br>LUIS DONALDO GALEANA GARCIA,<br><br>                    Defendant(s). | CASE NO. CR26-0005-KKE-1<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS |

Defendant filed a motion to extend the pretrial motions deadline in this case from February 26, 2026, to March 5, 2026. Dkt. No. 62. The Government does not oppose the motion. *Id.* Finding good cause to do so, the Court GRANTS the motion and extends the pretrial motions deadline to March 5, 2026.

Dated this 25th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS - 1