UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>LUIS DONALDO GALEANA GARCIA, et al.,<br><br>                    Defendant(s). | CASE NO. CR26-0005-KKE<br><br>ORDER TO RE-NOTE THE MOTION TO CONTINUE THE TRIAL DATE |

A trial in this multi-defendant case is currently set to begin on March 23, 2026, and March 30, 2026, as to three Defendants. *See* Dkt. Nos. 35, 38, 49. Defendant Juan Carlos Garnica Pacheco filed a motion to continue the trial date to September 14, 2026, and filed a speedy trial waiver consistent with that motion. Dkt. Nos. 58, 58-1. The Government does not oppose Pacheco's motion. Dkt. No. 58. Defendant Lorena Esquivel concurs in the motion and filed a speedy trial waiver. Dkt. No. 65. Defendant Luis Donaldo Galeana Garcia has not taken a position on the motion and recently obtained new counsel. *See* Dkt. No. 64.

As the trial date is fast approaching, the Court ORDERS Garcia to file a notice of joinder along with a speedy trial waiver no later than March 5, 2026, if he intends to join in the motion to continue. Otherwise, the Court will set a hearing thereafter on the motion to continue to hear

ORDER TO RE-NOTE THE MOTION TO CONTINUE THE TRIAL DATE - 1

Garcia's objections.  The clerk is directed to RE-NOTE the motion to continue (Dkt. No. 58) for March 5, 2026.

Dated this 2nd day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO RE-NOTE THE MOTION TO CONTINUE THE TRIAL DATE - 2